USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 9/21/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICE NEIL,

Plaintiff,

-against-

EQUIFAX INC.,

Defendant.

26-cv-5046 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Defendant filed a Notice of Removal on June 15, 2026 and thereafter filed a pre-motion letter seeking leave to file a motion to dismiss this case [ECF Nos. 1, 4]. However, Defendant has not filed proof of service of the removal on Plaintiff, who has not appeared in this action. As such, Defendant shall file such proof of service by September 25, 2026.

**Both parties are on notice that failure to comply with court orders, the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice may result in sanctions, including: monetary penalties on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal and default judgment.**

**SO ORDERED.**

**Date: September 21, 2026**
**New York, NY**

Mary Kay Vyskocil
**MARY KAY VYSKOCIL**
**United States District Judge**